UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Aaron Rhy Broussard,<br><br>Petitioner,<br><br>v.<br><br>United States of America,<br><br>Respondent. | Case No. 21-CV-2484 (SRN/LIB)<br><br>**ORDER** |

SUSAN RICHARD NELSON, United States District Judge

This matter is before the Court on two motions of petitioner Aaron Rhy Broussard. First, Broussard requests *in forma pauperis* ("IFP") status on appeal from the denial of his petition for a writ of habeas corpus. *See* Doc. No. 8. The Court certified that it would deny any request from Broussard for IFP status on appeal in this matter on the grounds that an appeal could not be taken in good faith from the denial of his habeas petition. *See* Order at 2-3 [Doc. No. 4] (citing 28 U.S.C. § 1915(a)(3)). Nothing in Broussard's recent submissions convinces the Court that this assessment was erroneous. Accordingly, the IFP application will be denied.

Second, Broussard has filed a motion for "grand jury minutes" from the criminal proceedings being challenged in his habeas petition. *See* Doc. No. 9. Broussard has not established an entitlement to requested records as part of this habeas corpus proceeding, which in any event has already reached its terminus. This motion therefore is also denied.

1

## ORDER

Based on the foregoing, and on all of the files, records, and proceedings herein, **IT IS HEREBY ORDERED THAT**:

1. The application to proceed *in forma pauperis* on appeal of petitioner Aaron Rhy Broussard [Doc. No. 8] is **DENIED**.

2. Broussard's motion for grand jury minutes [Doc. No. 9] is **DENIED**.

Dated: December 6, 2021

                                                  s/Susan Richard Nelson
                                                  SUSAN RICHARD NELSON
                                                  United States District Judge